[No. 33233-3-I.   Division One.   June 5, 1995.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY
LEON ROBINSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 93-1-01596-4, Ricardo S. Martinez, J., entered
August 9, 1993. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Webster and Becker, JJ.

[No. 33470-1-I.   Division One.   June 5, 1995.]

JEFFREY CLEARWATER, ET AL., *Appellants,* v. SKYLINE
CONSTRUCTION COMPANY, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 89-2-05858-8, Nancy A. Holman, J., entered
September 3, 1993. *Reversed* by unpublished opinion per
Agid, J., concurred in by Baker, C.J., and Becker, J.

[No. 33484-1-I.   Division One.   June 5, 1995.]

*In re the Matter of* RICKI R. SHAW, *Appellant, and*
STEVEN BUCKNER, *Respondent, and* THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for What-
com County, No. 91-3-00779-9, David A. Nichols, J.,
entered September 9, 1993. *Affirmed in part* and *remanded*
by unpublished opinion per Agid, J., concurred in by
Baker, C.J., and Webster, J.